IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:17-CR-19-D-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CHARLES ELLIOT NOBLES, | ) | |
| | ) | |
| Defendant | ) | |

This matter comes before the Court on the Defendant's Motion to Seal his December 5, 2017 Motion to Continue Sentencing. Upon consideration of the circumstances and for the reasons and good cause shown, the motion is GRANTED.

Defendant's December 5, 2017 Motion To Continue Sentencing shall be sealed by the Clerk.

This the ⎵6⎵, day of ⎵December⎵, 2017.

⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵
JAMES C. DEVER, III
Chief United States District Judge